**CEM**

**FILED**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**JANUARY 10, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 228**

In the Matter of                                         Case Number:

Central States, Southeast and Southwest Areas Health and
Welfare and Pension Funds and Howard McDougall, trustee,
Plaintiffs, v. Active Transportation Company, LLC, a Kentucky
limited liability corporation, Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, Central States, Southeast and Southwest Areas Health and Welfare and Pension
Funds and Howard McDougall, trustee

**JUDGE DARRAH
MAGISTRATE JUDGE BROWN**

| | |
|---|---|
| NAME (Type or print) <br> Albert M. Madden | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Albert M. Madden | |
| FIRM <br> Central States Law Department | |
| STREET ADDRESS <br> 9377 W. Higgins Road | |
| CITY/STATE/ZIP <br> Rosemont, IL 60018-4938 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 03127399 | TELEPHONE NUMBER <br> 847/518-9800, Ext. 3478 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐