**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
JANUARY 10, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 228

JUDGE DARRAH
MAGISTRATE JUDGE BROWN

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                      Case Number:

Central States, Southeast and Southwest Areas Health and Welfare and Pension Funds and Howard McDougall, trustee, Plaintiffs, v. Active Transportation Company, LLC, a Kentucky limited liability corporation, Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, Central States, Southeast and Southwest Areas Health and Welfare and Pension Funds and Howard McDougall, trustee

| | |
|---|---|
| NAME (Type or print) | |
| Anthony E. Napoli | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Anthony E. Napoli | |
| FIRM | |
| Central States Law Department | |
| STREET ADDRESS | |
| 9377 W. Higgins Road | |
| CITY/STATE/ZIP | |
| Rosemont, IL 60018-4938 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06210910 | 847/518-9800, Ext. 3702 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐