# Exhibit 1

CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS
PENSION FUND

BREAKDOWN OF CONTRIBUTIONS OUTSTANDING
**AS OF JANAUARY 10, 2008**

**ACTIVE TRANSPORTATION**
ACCOUNT NO. 0103250-0109

| TRANS. NO | DESCRIPTION | AMOUNT | INT. THRU 01/10/08* | PAYMENTS APPLIED | DATE POSTED | BALANCE DUE |
|---|---|---|---|---|---|---|
| 1632615 | WH Adjmt 1/07 & 8/07 | $374.00 | $1.90 | $374.00 | 11/27/2007 | 1.90 |
| 1632574 | 09/2007 Billing | $182,328.40 | $728.86 | $60,000.00 | 11/09/2007 | 728.86 |
|  |  |  |  | 122,328.40 | 11/27/2007 |  |
| 1648739 | 10/2007 Billing | 107,249.60 | 1,403.70 | 0.00 |  | 108,653.30 |
| 1662111 | 11/2007 Billing | 115,246.40 | 613.41 | 0.00 |  | 115,859.81 |
| 1669870 | 12/2007 Billing | 151,810.00 | 0.00 | 0.00 |  | 151,810.00 |
| TOTALS |  | $557,008.40 | $2,747.87 | $182,702.40 |  | $377,053.87 ** |

FOOTNOTES:

*Interest thru 01/10/08 computed on individual items from date due.

** A judgment entered against an employer shall include the total balance due as stated above plus an additional amount equal to the greater of:

(A) Doubling of interest                                                                 $2,747.87

(B) Liquidated damages, based on the unpaid
    contributions in the amount of 20%                                                   $74,861.20