# Exhibit 2

CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS
HEALTH AND WELFARE FUND

BREAKDOWN OF CONTRIBUTIONS OUTSTANDING
**AS OF JANUARY 10, 2008**

**ACTIVE TRANSPORTATION**
ACCOUNT NO. 0103250-0109

| TRANS. NO | DESCRIPTION | AMOUNT | INT. THRU 01/10/08* | PAYMENTS APPLIED | DATE POSTED | BALANCE DUE |
|---|---|---|---|---|---|---|
| 1648739 | 10/2007 Billing | $110,171.70 | $401.38 | $110,171.70 | 12/11/2007 | 401.38 |
| 1662111 | 11/2007 Billing | 115,027.40 | 189.51 | 57,513.70 | 12/27/2007 | 189.51 |
|  |  |  |  | 57,513.70 | 01/05/2008 |  |
| 1669870 | 12/2007 Billing | 134,700.50 | 0.00 | 0.00 |  | 134,700.50 |
| TOTALS |  | $359,899.60 | $590.89 | $225,199.10 |  | $135,291.39 ** |

FOOTNOTES:

*Interest thru 01/10/08
computed on individual items
from date due.

** A judgment entered against an employer shall include the total balance due as stated
above plus an additional amount equal to the greater of:

(A) Doubling of interest                                                                $590.89

(B) Liquidated damages, based on the unpaid
contributions in the amount of 20%                                              $26,940.10