IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, trustee, <br><br>and<br><br>CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND and HOWARD McDOUGALL, trustee,<br><br>      Plaintiffs,<br><br>-vs-<br><br>ACTIVE TRANSPORTATION COMPANY, LLC, a Kentucky limited liability corporation,<br><br>      Defendant. | Case No. 08 C 228<br><br>Honorable<br>District Judge Darrah |

## NOTICE OF MOTION

TO:    Active Transportation Company, LLC
          c/o Brent Souter, CFO
          2900 South Davis Blvd.
          Joplin, Missouri 64804

PLEASE TAKE NOTICE that on January 15, 2008, at the hour of 10:00 a.m., or as soon thereafter as counsel may be heard, the Plaintiffs' attorney will appear before the Honorable John W. Darrah, District Judge of the United States District Court for the

Northern District of Illinois, located at 219 South Dearborn Street, Courtroom 1203, Chicago, Illinois, or such other Judge as may be in his stead, and present the attached Plaintiffs' Motion for Preliminary Injunction.

                    Respectfully submitted,

                   /s/  Rebecca K. McMahon
                  Rebecca K. McMahon
                  Attorney for Plaintiffs
                  Central States, Southeast and Southwest Areas Health and Welfare and Pension Funds
                  9377 West Higgins Road
                  Rosemont, Illinois  60018-4938
                  847/518-9800, Ext. 3441

January 14, 2008          ARDC #06290192

## CERTIFICATE OF SERVICE

I, Rebecca K. McMahon, one of the attorneys for Plaintiffs Central States, Southeast and Southwest Areas Pension Fund and Central States, Southeast and Southwest Areas Health and Welfare and Pension Funds, certify that on the 14th day of January, 2008, I caused the foregoing Plaintiffs' Motion for Preliminary Injunction to be filed electronically. This filing was served on all parties indicated on the electronic filing receipt via the Court's electronic filing system. For all other parties, who are listed below, I served the foregoing Notice of Motion and Motion by mailing via UPS Next Day Air (#1Z 395 1X9 22 1007 201 5) and faxing said documents to:

>   Active Transportation Company, LLC
>   c/o Brent Souter, CFO
>   2900 South Davis Blvd.
>   Joplin, Missouri 64804
>   Fax (417)782-4465

Said documents were faxed and deposited in the United States Mail at 9377 West Higgins Road, Rosemont, Illinois, 60018-4938, with proper prepaid postage affixed thereto, this 14th day of January, 2008.

>   /s/ Rebecca K. McMahon
>   Rebecca K. McMahon
>   One of Central States' Attorneys

F: 249511 / 08119323 / 1/14/08