U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Central States, Southeast and Southwest Areas Pension Fund, and Howard McDougall, Trustee,<br><br>and<br><br>Central States, Southeast and Southwest Areas Health and Welfare Fund and Howard McDougall, Trustee,<br><br>                Plaintiffs,<br>v.<br><br>Active Transportation Company, LLC,<br>a Kentucky Limited Liability Corporation,<br><br>                Defendant. | Case Number:<br>08 C 228 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

    Active Transportation Company, LLC

| NAME (Type or print) |
|---|
| Ronald J. Kramer |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/    Ronald J. Kramer |
| FIRM:  SEYFARTH SHAW LLP |
| STREET ADDRESS:  131 South Dearborn Street, Suite 2400 |
| CITY/STATE/ZIP:  Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06211050 | TELEPHONE NUMBER<br>312/460-5000 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |