# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
Central States, Southeast and Southwest Areas Pension Fund,
and Howard McDougall, Trustee,

Case Number: 08 C 228

and

Central States, Southeast and Southwest Areas Health and
Welfare Fund and Howard McDougall, Trustee,

                          Plaintiffs,

v.

Active Transportation Company, LLC,
a Kentucky Limited Liability Corporation,

                          Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

                      Active Transportation Company, LLC

| |
|---|
| NAME (Type or print) <br> Mark A. Casciari |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Mark A. Casciari |
| FIRM: SEYFARTH SHAW LLP |
| STREET ADDRESS: 131 South Dearborn Street, Suite 2400 |
| CITY/STATE/ZIP: Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 03124121 | TELEPHONE NUMBER <br> 312/460-5000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |