AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Central States, Southeast and Southwest Areas Health and Welfare and Pension Funds and Howard McDougall, trustee, Plaintiffs,

V.

Active Transportation Company, LLC, a Kentucky limited liability corporation, Defendant.

CASE NUMBER: **08 C 228**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE DARRAH
MAGISTRATE JUDGE BROWN**

TO: (Name and address of Defendant)

Active Transportation Company, LLC,
c/o CSC-Lawyers Incorporating Service
 Co., Registered Agent
25 W. Main St.
Madison, WI 53703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Rebecca K. McMahon
Central States Law Department
9377 West Higgins Road
Rosemont, Illinois 60018-4938

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Cynthia Mercado*
-----------------------------------
**(By) DEPUTY CLERK**

**January 10, 2008**
-----------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 1-11-08 |
| NAME OF SERVER (PRINT) Lynn M Dobler | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Active Transportation Company, LLC c/o CSS - Lawyers Incorporating Service at 1:35 pm at 25 W. Main Street STE 300 by Leaving with Angela Hauda / receptionist

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 4 | 20 | 24 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/11/08
           Date

*Signature of Server:* Lynn M Dobler

*Address of Server:* PO Box 8677 Madison WI 53708

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.