# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREA PENSION FUND, and HOWARD McDOUGALL, trustee,<br><br>and<br><br>CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND and HOWARD McDOUGALL, trustee,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ACTIVE TRANSPORTATION COMPANY, LLC,<br><br>　　　　Defendant. | Civil Action No. 08 C 228<br><br>Judge Darrah<br><br>Magistrate Judge Brown |

**AFFIDAVIT OF JIM BARLOS**

I, Jim Barlos, state as follows:

1.　I am the Chairman and Chief Executive Officer of Active Transportation Company, LLC. Active Transportation is a well-known national trucking company that delivers new vehicles from assembly plants to ports and rail heads throughout the United States and Canada. As Chairman and Chief Executive Officer of Active Transportation, I am authorized to make these sworn statements on Active Transportation's behalf.

2.　In my capacity as Chairman and Chief Executive Office, I ultimately am responsible for the preparation and maintenance of Active Transportation's financial records, including the records showing the contractual obligations to make contributions to the Central States Funds. These financial records are compiled from information transmitted by persons

Page 1 of 2

with knowledge, and are kept and prepared in the course of the regularly conducted business activity of Active Transportation.

3. I have reviewed Exhibit 1 to this affidavit, which are the Central States Funds' accounting of what the Funds claim that Active Transportation owes to the Funds in contributions as of January 10, 2008. These amounts are incorrect. As of January 10, 2008, the Funds claim that Active Transportation owes $377,053.87 in outstanding contributions to the Pension Fund and $135,291.39 in outstanding contributions to the Health and Welfare Fund. The true and correct copies of Active Transportation business records attached as Exhibit 2, show that Active Transportation actually owes approximately $173,531.60 in outstanding contributions to the Central States Pension Fund and does not owe any outstanding contributions to the Central States Health and Welfare Fund as of January 28, 2008.

4. Active Transportation has faced financial problems recently. These problems have been caused by the dramatic downturn in the domestic auto industry. This has been especially true for Ford Motor Company, one of Active Transportation's largest customers.

5. My review of Active Transportation's financials shows that Active Transportation will be in a position to pay all outstanding contributions to the Central States Funds in addition to any interest and liquidated damages by the end of May of 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 28, 2008.

_____
Jim Barlos

# EXHIBIT 1

CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS
PENSION FUND

BREAKDOWN OF CONTRIBUTIONS OUTSTANDING
AS OF JANAUARY 10, 2008

ACTIVE TRANSPORTATION
ACCOUNT NO. 0103250-0109

| TRANS. NO | DESCRIPTION | AMOUNT | INT. THRU 01/10/08* | PAYMENTS APPLIED | DATE POSTED | BALANCE DUE |
|---|---|---|---|---|---|---|
| 1632615 | WH Adjmt 1/07 & 8/07 | $374.00 | $1.90 | $374.00 | 11/27/2007 | 1.90 |
| 1632574 | 09/2007 Billing | $182,328.40 | $728.86 | $60,000.00 | 11/09/2007 | 728.86 |
|  |  |  |  | 122,328.40 | 11/27/2007 |  |
| 1648739 | 10/2007 Billing | 107,249.60 | 1,403.70 | 0.00 |  | 108,653.30 |
| 1662111 | 11/2007 Billing | 115,246.40 | 613.41 | 0.00 |  | 115,859.81 |
| 1669870 | 12/2007 Billing | 151,810.00 | 0.00 | 0.00 |  | 151,810.00 |
| TOTALS |  | $557,008.40 | $2,747.87 | $182,702.40 |  | $377,053.87 ** |

FOOTNOTES:

*Interest thru 01/10/08
computed on individual items
from date due.

** A judgment entered against an employer shall include the total balance due as stated
above plus an additional amount equal to the greater of:

(A) Doubling of interest                                                              $2,747.87

(B) Liquidated damages, based on the unpaid
    contributions in the amount of 20%                                                $74,861.20

CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS
HEALTH AND WELFARE FUND

BREAKDOWN OF CONTRIBUTIONS OUTSTANDING
AS OF JANUARY 10, 2008

ACTIVE TRANSPORTATION
ACCOUNT NO. 0103250-0109

| TRANS. NO | DESCRIPTION | AMOUNT | INT. THRU 01/10/08* | PAYMENTS APPLIED | DATE POSTED | BALANCE DUE |
|---|---|---|---|---|---|---|
| 1648739 | 10/2007 Billing | $110,171.70 | $401.38 | $110,171.70 | 12/11/2007 | 401.38 |
| 1662111 | 11/2007 Billing | 115,027.40 | 189.51 | 57,513.70 | 12/27/2007 | 189.51 |
|  |  |  |  | 57,513.70 | 01/05/2008 |  |
| 1669870 | 12/2007 Billing | 134,700.50 | 0.00 | 0.00 |  | 134,700.50 |
| TOTALS |  | $359,899.60 | $590.89 | $225,199.10 |  | $135,291.39 ** |

FOOTNOTES:

*Interest thru 01/10/08
computed on individual items
from date due.

** A judgment entered against an employer shall include the total balance due as stated
above plus an additional amount equal to the greater of:

(A)  Doubling of interest                                                                                  $590.89

(B)  Liquidated damages, based on the unpaid
     contributions in the amount of 20%                                                      $26,940.10

# EXHIBIT 2

Active Transportation Company LLC
2900 S. Davis Blvd Ste B
Joplin MO   64804

Page: 1

| Vendor ID | Vendor Name | Check Name | Payment Number | Check Date | Check Number |
|---|---|---|---|---|---|
| CENT004 | Central States Pension Fund | Central States Pension Fund | 00000000000016831 | 12/27/07 | REMIT000000000001395 |

| Our Voucher Number | Your Voucher Number | Date | Amount | Amount Paid | Discount | Writeoff | Net |
|---|---|---|---|---|---|---|---|
| 00000000000016631 | NOVEMBER 2007 HWP | 12/14/07 | $172,760.10 | $0.00 | $0.00 | $0.00 | $0.00 |
| ACH 12/27/07 CS H/W | ACH 12/27/07 CS H/W | 12/27/07 | ($57,513.70) | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | $115,246.40 | $0.00 | $0.00 | $0.00 | $0.00 |

**Active Transportation Company LLC**  
2900 S. Davis Blvd Ste B  
Joplin MO   64804

Page:   1

| Vendor ID | Vendor Name | Check Name | Payment Number | Check Date | Check Number |
|---|---|---|---|---|---|
| CENT004 | Central States Pension Fund | Central States Pension Fund | 00000000000016750 | 12/20/07 | REMIT000000000001376 |

| Our Voucher Number | Your Voucher Number | Date | Amount | Amount Paid | Discount | Writeoff | Net |
|---|---|---|---|---|---|---|---|
| 00000000000016631 | NOVEMBER 2007 HWP | 12/14/07 | $230,273.80 | $0.00 | $0.00 | $0.00 | $0.00 |
| ACH 12/20/07 CS H/W | ACH 12/20/07 CS H/W | 12/20/07 | ($57,513.70) | $0.00 | $0.00 | $0.00 | $0.00 |
|  |  |  | $172,760.10 | $0.00 | $0.00 | $0.00 | $0.00 |

**Active Transportation Company LLC**
2900 S. Davis Blvd Ste B
Joplin MO   64804

Page:   1

| Vendor ID | Vendor Name | Check Name | Payment Number | Check Date | Check Number |
|---|---|---|---|---|---|
| CENT004 | Central States Pension Fund | Central States Pension Fund | 00000000000016610 | 12/06/07 | REMIT000000000001339 |

| Our Voucher Number | Your Voucher Number | Date | Amount | Amount Paid | Discount | Writeoff | Net |
|---|---|---|---|---|---|---|---|
| 00000000000015690 | OCTOBER 2007 HWP | 11/13/07 | $217,421.30 | $0.00 | $0.00 | $0.00 | $0.00 |
| 00000000000016364 | OCT INT HWP CS | 12/05/07 | $411.14 | $0.00 | $0.00 | $0.00 | $0.00 |
| ACH 12/5/07 CS OCT | ACH 12/5/07 CS OCT | 12/05/07 | ($110,582.84) | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | $107,249.60 | $0.00 | $0.00 | $0.00 | $0.00 |

**Active Transportation Company LLC**
2900 S. Davis Blvd Ste B
Joplin MO   64804

Page:   1

| Vendor ID | Vendor Name | Check Name | Payment Number | Check Date | Check Number |
|---|---|---|---|---|---|
| CENT004 | Central States Pension Fund | Central States Pension Fund | 000000000000017127 | 01/14/08 | REMIT000000000001432 |

| Our Voucher Number | Your Voucher Number | Date | Amount | Amount Paid | Discount | Writeoff | Net |
|---|---|---|---|---|---|---|---|
| 00000000000015690 | OCTOBER 2007 HWP | 11/13/07 | $107,249.60 | $0.00 | $0.00 | $0.00 | $0.00 |
| ACH 01/10/08 CSP | ACH 01/10/08 CSP | 01/10/08 | ($15,000.00) | $0.00 | $0.00 | $0.00 | $0.00 |
|  |  |  | $92,249.60 | $0.00 | $0.00 | $0.00 | $0.00 |

**Active Transportation Company LLC**
2900 S. Davis Blvd Ste B
Joplin MO   64804

Page:   1

| Vendor ID | Vendor Name | Check Name | Payment Number | Check Date | Check Number |
|---|---|---|---|---|---|
| CENT004 | Central States Pension Fund | Central States Pension Fund | 00000000000017186 | 1/18/2008 | REMIT000000000001450 |

| Our Voucher Number | Your Voucher Number | Date | Amount | Amount Paid | Discount | Writeoff | Net |
|---|---|---|---|---|---|---|---|
| ACH 1/17/08 CS HWP | ACH 1/17/08 CS HWP | 1/17/2008 | ($15,000.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| 00000000000015690 | OCTOBER 2007 HWP | 11/13/2007 | $92,249.60 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | $77,249.60 | $0.00 | $0.00 | $0.00 | $0.00 |

Active Transportation Company LLC  Page: 1
2900 S. Davis Blvd Ste B
Joplin MO   64804

| Vendor ID | Vendor Name | Check Name | Payment Number | Check Date | Check Number |
|---|---|---|---|---|---|
| CENT004 | Central States Pension Fund | Central States Pension Fund | 00000000000017341 | 01/28/08 | REMIT000000000001476 |

| Our Voucher Number | Your Voucher Number | Date | Amount | Amount Paid | Discount | Writeoff | Net |
|---|---|---|---|---|---|---|---|
| 00000000000015690 | OCTOBER 2007 HWP | 11/13/07 | $77,249.60 | $0.00 | $0.00 | $0.00 | $0.00 |
| 00000000000017336 | ACH 01/24/08 CENTRAL | 01/24/08 | ($15,000.00) | $0.00 | $0.00 | $0.00 | $0.00 |
|  |  |  | $62,249.60 | $0.00 | $0.00 | $0.00 | $0.00 |

**Active Transportation Company LLC**
2900 S. Davis Blvd Ste B
Joplin MO   64804

Page: 1

| Vendor ID | Vendor Name | Check Name | Payment Number | Check Date | Check Number |
|---|---|---|---|---|---|
| CENT004 | Central States Pension Fund | Central States Pension Fund | 00000000000017344 | 01/28/08 | REMIT000000000001478 |

| Our Voucher Number | Your Voucher Number | Date | Amount | Amount Paid | Discount | Writeoff | Net |
|---|---|---|---|---|---|---|---|
| 00000000000015690 | OCTOBER 2007 HWP | 11/13/07 | ~~$62,249.60~~ 3,964.40 | $0.00 | $0.00 | $0.00 | $0.00 |
| 00000000000017060 | DECEMBER 2007 HWP | 01/11/08 | $111,282.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 00000000000017343 | ACH 01/28/08 CENTRAL | 01/28/08 | ($115,246.40) | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | $58,285.20 | $0.00 | $0.00 | $0.00 | $0.00 |