# EXHIBIT C

| **SCHEDULE H**<br>**(Form 5500)**<br>Department of the Treasury<br>Internal Revenue Service | **Financial Information** | Official Use Only<br>OMB No. 1210 - 0110 |
|---|---|---|
| | This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA) and section 6058(a) of the Internal Revenue Code (the Code). | **2005** |
| Department of Labor<br>Pension and Welfare<br>Benefits Administration | **File as an attachment to Form 5500.** | **This Form is Open to Public Inspection** |
| Pension Benefit<br>Guaranty Corporation | | |

**For the calendar plan year 2005 or fiscal plan year beginning** January 01, 2005, **and ending** December 31, 2005

**A** Name of plan
CENTRAL STATES, SOUTHEAST & SOUTHWEST AREAS HEALTH AND WELFARE PLAN

**B** Three digit plan number    501

**C** Plan sponsor's name as shown on line 2a of Form 5500 or 5500-EZ
TRUSTEES OF CENTRAL STATES, SE & SW AREAS HEALTH & WELFARE FUND

**D** Employer Identification Number
36-2154936

## Part I    Asset and Liability Statement

**1** Current value of plan assets and liabilities at the beginning and end of the plan year. Combine the value of plan assets held in more than one trust. Report the value of the plan's interest in a commingled fund containing the assets of more than one plan on a line-by-line basis unless the value is reportable on lines c(9) through c(14). Do not enter the value of that portion of an insurance contract which guarantees, during this plan year, to pay a specific dollar benefit at a future date. **Round off amounts to the nearest dollar.** DFEs do not complete lines 1b(1), 1b(2), 1c(8), 1g, 1h, 1i, and, except for master trust investment accounts, also do not complete lines 1d and 1e. See instructions.

| Assets | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|
| **a** Total noninterest-bearing cash | a | $87,196 | $220,599 |
| **b** Receivables (less allowance for doubtful accounts): | | | |
| (1) Employer contributions | b(1) | $79,963,412 | $100,870,535 |
| (2) Participant contributions | b(2) | | |
| (3) Other | b(3) | $20,695,524 | $12,062,430 |
| **c** General investments: | | | |
| (1) Interest-bearing cash (incl. money market accounts and certificates of deposit) | c(1) | | $11,069,473 |
| (2) U.S. Government securities | c(2) | $221,230,981 | $320,360,752 |
| (3) Corporate debt instruments (other than employer securities): | | | |
| (A) Preferred | c(3)A | $199,914,423 | $215,737,072 |
| (B) All other | c(3)B | | |
| (4) Corporate stocks (other than employer securities): | | | |
| (A) Preferred | c(4)A | | |
| (B) Common | c(4)B | | |
| (5) Partnership/joint venture interests | c(5) | | |
| (6) Real Estate (other than employer real property) | c(6) | | |
| (7) Loans (other than to participants) | c(7) | $238,510,495 | $289,382,735 |
| (8) Participant loans | c(8) | | |
| (9) Value of interest in common/collective trusts | c(9) | $180,071,514 | $215,706,022 |
| (10) Value of interest in pooled separate accounts | c(10) | | |
| (11) Value of interest in master trust investment accounts | c(11) | | |
| (12) Value of interest in 103-12 investment entities | c(12) | | |
| (13) Value of interest in registered investment companies (e.g., mutual funds) | c(13) | | |
| (14) Value of funds held in insurance co. general account (unallocated contracts) | c(14) | | |
| (15) Other | c(15) | $89,590,937 | $89,976,671 |
| **d** Employer-related investments: | | | |
| (1) Employer securities | d(1) | $23,194,564 | $18,712,388 |
| (2) Employer real property | d(2) | | |
| **e** Buildings and other property used in plan operation | e | $2,053,543 | $2,389,310 |
| **f** Total assets (add all amounts in lines 1a through 1e) | f | $1,055,312,589 | $1,276,487,987 |
| **Liabilities** | | | |
| **g** Benefit claims payable | g | $216,699,912 | $210,082,386 |
| **h** Operating payables | h | $23,043,998 | $24,493,062 |
| **i** Acquisition indebtedness | i | | |
| **j** Other liabilities | j | $238,510,495 | $321,039,634 |
| **k** Total liabilities (add all amounts in lines 1g through 1j) | k | $478,254,405 | $555,615,082 |
| **Net Assets** | | | |
| **l** Net assets (subtract line 1k from line 1f) | l | $577,058,184 | $720,872,905 |

## Part II    Income and Expense Statement

Plan income, expenses, and changes in net assets for the year. Include all income and expenses of the plan, including any trust(s) or separately

freeERISA.com - Instant View

**2** maintained fund(s) and any payments/receipts to/from insurance carriers. Round off amounts to the nearest dollar. DFEs do not complete lines 2a, 2b(1)(E), 2e, 2f, and 2g.

### Income

| | | (a) Amount | (b) Total |
|---|---|---|---|
| **a** Contributions | | | |
| (1) Received or receivable in cash from:    (A) Employers | a(1)(A) | $1,034,027,789 | |
| (B) Participants | a(1)(B) | $75,296,027 | |
| (C) Others (including rollovers) | a(1)(C) | | |
| (2) Noncash contributions | a(2) | | |
| (3) Total contributions. Add lines 2a(1)(A), (B), (C), and line 2a(2) | a(3) | | $1,109,323,816 |
| **b** Earnings on investments: | | | |
| (1) Interest: | | | |
| (A) Interest-bearing cash (including money market accounts and certificates of deposit) | b(1)(A) | | |
| (B) U.S. Government securities | b(1)(B) | $13,643,802 | |
| (C) Corporate debt instruments | b(1)(C) | $10,389,457 | |
| (D) Loans (other than to participants) | b(1)(D) | $226,678 | |
| (E) Participant loans | b(1)(E) | | |
| (F) Other | b(1)(F) | | |
| (G) Total interest. Add lines 2b(1)(A) through (F) | b(1)(G) | | $24,259,937 |
| (2) Dividends   (A) Preferred stock | b(2)(A) | | |
| (B) Common stock | b(2)(B) | | |
| (C) Total dividends. Add lines 2b(2)(A) and (B) | b(2)(C) | | |
| (3) Rents | b(3) | | |
| (4) Net gain (loss) on sale of assests:   (A) Aggregate proceeds | b(4)(A) | $22,229,268,668 | |
| (B) Aggregate carrying amount (see instructions) | b(4)(B) | $22,231,596,273 | |
| (C) Subtract line 2b(4)(B) from line 2b(4)(A) | b(4)(C) | | ($2,327,605) |
| (5) Unrealized appreciation (depreciation) of assets:   (A) Real Estate | b(5)(A) | | |
| (B) Other | b(5)(B) | ($7,079,469) | |
| (C) Total unrealized appreciation of assets. Add lines 2b(5)(A) and (B) | b(5)(C) | | ($7,079,469) |
| (6) Net investment gain (loss) from common/collective trusts | b(6) | | $10,634,508 |
| (7) Net investment gain (loss) from pooled separate accounts | b(7) | | |
| (8) Net investment gain (loss) from master trust investment accounts | b(8) | | |
| (9) Net investment gain (loss) from 103-12 investment entities | b(9) | | |
| (10) Net investment gain (loss) from registered investment companies (e.g., mutual funds) | b(10) | | |
| **c** Other Income | c | | $32,594 |
| **d** Total income. Add all **income** amounts in column (b) and enter total | d | | $1,134,843,781 |

### Expenses

| | | (a) Amount | (b) Total |
|---|---|---|---|
| **e** Benefit payment and payments to provide benefits: | | | |
| (1) Directly to participants or beneficiaries, including direct rollovers | e(1) | $928,958,218 | |
| (2) To insurance carriers for the provision of benefits | e(2) | | |
| (3) Other | e(3) | | |
| (4) Total benefit payments. Add lines 2e(1) through (3) | e(4) | | $928,958,218 |
| **f** Corrective distributions (see instructions) | f | | |
| **g** Certain deemed distributions of participant loans (see instructions) | g | | |
| **h** Interest expense | h | | |
| **i** Administrative expenses:   (1) Professional fees | i(1) | $278,623 | |
| (2) Contract administrator fees | i(2) | | |
| (3) Investment advisory and management fees | i(3) | $357,687 | |
| (4) Other | i(4) | $61,434,532 | |
| (5) Total administrative expenses. Add lines 2i(1) through (4) | i(5) | | $62,070,842 |
| **j** Total expenses. Add all **expense** amounts in column (b) and enter total | j | | $991,029,060 |

### Net Income and Reconciliation

| | | (a) Amount | (b) Total |
|---|---|---|---|
| **k** Net income (loss) (subtract line 2j from line 2d) | k | | $143,814,721 |
| **l** Transfers of assets | | | |
| (1) To this plan | l(1) | | |
| (2) From this plan | l(2) | | |

---

### Part III    Accountant's Opinion

**3** The opinion of an independent qualified public accountant for this plan is (see instructions):

**a** **Attached** to this Form 5500 and the opinion is --   (1) [X] Unqualified (2) [ ] Qualified (3) [ ] Disclaimer (4) [ ] Adverse

**b** **Not attached** because:

**(1)** ☐ the Form 5500 is filed for a CCT, PSA, or MTIA
**(2)** ☐ the opinion will be attached to the next Form 5500 pursuant to 29 CFR 2520.104-50
**c** Check this box if the accountant performed a limited scope audit pursuant to 29 CFR 2520.103-8 and/or 2520.103-12(d) ☐
**d** If an accountant's opinion is attached, enter the name and EIN of the accountant (or accounting firm)
  DELOITTE & TOUCHE LLP   13-3891517

## Part IV    Transactions During Plan Year

**4** CCTs and PSAs do not complete Part IV. MTIAs, 103-12 IEs, and GIAs do not complete 4a, 4e, 4f, 4g, 4h, 4k, or 5. 103-12 IEs also do not complete 4j.

During the plan year:

|   |   | Yes | No | Amount |
|---|---|---|---|---|
| **a** | Did the employer fail to transmit to the plan any participant contributions within the maximum time period described in 29 CFR 2510.3-102? (see instructions) | ☐ Yes | ☒ No | |
| **b** | Were any loans by the plan or fixed income obligations due the plan in default as of the close of plan year or classified during the year as uncollectible? Disregard participant loans secured by participant's account balance. (Attach Schedule G (Form 5500) Part I if "Yes" is checked) | ☐ Yes | ☒ No | |
| **c** | Were any leases to which the plan was a party in default or classified during the year as uncollectible? (Attach Schedule G (Form 5500) Part II if "Yes" is checked) | ☐ Yes | ☒ No | |
| **d** | Did the plan engage in any nonexempt transaction with any party-in-interest? (Attach Schedule G (Form 5500) Part III if "Yes" is checked) | ☐ Yes | ☒ No | |
| **e** | Was this plan covered by a fidelity bond? | ☒ Yes | ☐ No | $3,000,000 |
| **f** | Did the plan have a loss, whether or not reimbursed by the plan's fidelity bond, that was caused by fraud or dishonesty? | ☐ Yes | ☒ No | |
| **g** | Did the plan hold any assets whose current value was neither readily determinable on an established market nor set by an independent third party appraiser? | ☐ Yes | ☒ No | |
| **h** | Did the plan receive any noncash contributions whose value was neither readily determinable on an established market nor set by an independent third party appraiser? | ☐ Yes | ☒ No | |
| **i** | Did the plan have assets held for investment? (Attach schedule(s) of assets if "Yes" is checked, and see instructions for format requirements) | ☒ Yes | ☐ No | |
| **j** | Were any plan transactions or series of transactions in excess of 5% of the current value of plan assets? (Attach schedule of transactions if "Yes" is checked, and see instructions for format requirements) | ☒ Yes | ☐ No | |
| **k** | Were all the plan assets either distributed to participants or beneficiaries, transferred to another plan or brought under the control of the PBGC? | ☐ Yes | ☒ No | |

**5a** Has a resolution to terminate the plan been adopted during the plan year or any prior plan year? If yes, enter the amount of any plan assets that reverted to the employer this year ☐ Yes ☒ No  Amount

**5b** If, during this plan year, any assets or liabilities were transferred from this plan to another plan(s), identify the plan(s) to which assets or liabilities were transferred. (See instructions).

**5b(1)** Name of plan(s)                    **5b(2)** EIN(s)                    **5b(3)** PN(s)

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.  v2.3

Schedule H (Form 5500)
2005

Back to Top