**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, trustee, | ) ) ) | |
| | ) | |
| and | ) | |
| | ) | |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND and HOWARD McDOUGALL, trustee, | ) ) ) ) | |
| | ) | Case No. 08 C 228 |
| Plaintiffs, | ) | |
| | ) | Judge Darrah |
| v. | ) | |
| | ) | Magistrate  Judge Brown |
| ACTIVE TRANSPORTATION COMPANY, LLC, a Kentucky limited liability corporation, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**AGREED MOTION FOR AN EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND**

Defendant, Active Transportation Company, LLC ("Defendant"), by its attorneys Seyfarth Shaw LLP and by agreement of the parties, moves this Court for leave to file an answer or otherwise respond to the complaint in this matter on or before February 28, 2008.  In support of this motion, Defendant states as follows:

1.      Plaintiffs filed their Complaint on January 10, 2008.  On January 28, 2008, Defendant received notice of the returned summons.

2.      Defendant needs additional time to verify the contents of the returned service and to investigate the facts alleged in Plaintiffs' Complaint in order to respond to the Complaint.

3.      Therefore, Defendant requests 28 days, up to and including February 28, 2008, to answer the Complaint or otherwise respond.

4.      On January 31, 2008, Defendant's counsel spoke to Rebecca McMahon,

Plaintiffs' counsel, regarding the substance of this motion, and Ms. McMahon agreed to

Defendant's request for an extension of time to answer the Complaint or otherwise respond.

5.      This motion is made in good faith and is not being filed for the purpose of causing

delay.  This is Defendant's first request for an extension of time in this action.

WHEREFORE, Defendant respectfully requests that the Court grant Defendant up to and

including February 28, 2008, to answer or otherwise respond to the complaint.

**DATED: January 31, 2008**

Respectfully submitted,

ACTIVE TRANSPORTATION COMPANY, LLC

By /s/ Meagan C. LeGear_____
        One of Its Attorneys

Mark Cascari
Ronald J. Kramer
Meagan C. LeGear
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000

CH1 11405967.1

## <u>CERTIFICATE OF SERVICE</u>

I, Meagan C. LeGear, an attorney, do hereby certify that on this 31st day of January, 2008, I electronically submitted the foregoing AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Rebecca K. McMahon
Attorney for Plaintiffs
9377 West Higgins Road
Rosemont, Illinois  60018-4938


_____ /s/  Meagan C. LeGear _____

CH1 11405967.1