IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, trustee,<br><br>and<br><br>CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND and HOWARD McDOUGALL, trustee,<br><br>Plaintiffs,<br><br>v.<br><br>ACTIVE TRANSPORTATION COMPANY, LLC, a Kentucky limited liability corporation,<br><br>Defendant. | Case No. 08 C 228<br><br>Judge Darrah<br><br>Magistrate Judge Brown |

## NOTICE OF MOTION

**TO:** Counsel of Record Indicated on the Certificate of Service

**PLEASE TAKE NOTICE** that on Thursday, February 7, 2008 at the hour of 9:00 a.m., or as soon thereafter as counsel may be heard, Active Transportation Company, LLC, by its attorneys, shall appear before the Honorable Judge John W. Darrah in Room 1203 and shall then and there present the attached AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND a copy of which is attached hereto and hereby served upon you.

**DATED: January 31, 2008**           Respectfully submitted,
                              ACTIVE TRANSPORTATION COMPANY, LLC

                              By /s/ Meagan C. LeGear
                                  One of Its Attorneys

Mark Cascari
Ronald J. Kramer
Meagan C. LeGear
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000

CH1 11405971.1

## **CERTIFICATE OF SERVICE**

I, Meagan C. LeGear an attorney, do hereby certify that on this 31st day of January, 2008, I electronically submitted the foregoing NOTICE OF MOTION to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Rebecca K. McMahon
>Attorney for Plaintiffs
>9377 West Higgins Road
>Rosemont, Illinois  60018-4938

　　　　　　　　　　　　　　　　　　　　　　　/s/  Meagan C. LeGear

CH1 11405971.1