# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 228 | **DATE** | 2/6/08 |
| **CASE TITLE** |  | Central States, Southeast and Southwest Area Pension Fund, et al v. Active Transportation Company, LLC | |

**DOCKET ENTRY TEXT:**

Defendant's motion for an extension of time to answer or otherwise respond [17, 18] is granted. Defendant has until 2/28/08 to answer or otherwise respond.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|