IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, trustee, <br><br> and <br><br> CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND and HOWARD McDOUGALL, trustee, <br><br>   Plaintiffs, <br><br>   v. <br><br> ACTIVE TRANSPORTATION COMPANY, LLC, a Kentucky limited liability corporation, <br><br>   Defendant. | Case No. 08 C 228 <br><br> Judge Darrah <br><br> Magistrate Judge Brown <br><br> **Notice of Appeal** |

## NOTICE OF APPEAL

Notice is hereby given that Active Transportation Company, LLC, Defendant in the above-referenced case, appeals to the United States Court of Appeals for the Seventh Circuit from an order for preliminary injunction entered in this action on the 20th day of February, 2008 (Docket No. 22).

**DATED: March 17, 2008**　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　ACTIVE TRANSPORTATION COMPANY, LLC


　　　　　　　　　　　　　　　　　　　　　By: /s/ Mark Cascari
　　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

Mark Cascari
Ronald J. Kramer
Meagan C. LeGear
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000

2

## **CERTIFICATE OF SERVICE**

I, Mark Cascari, an attorney, do hereby certify that on this 17th day of March, 2008, I electronically submitted the foregoing NOTICE OF APPEAL to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Rebecca K. McMahon, Esq.
>Central States, Southeast and Southwest Areas Health and Welfare
>and Pension Funds
>9377 West Higgins Road
>Rosemont, Illinois  60018-4938

>/s/ Mark Cascari
>Mark Cascari