**FILED**
**MARCH 18, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals

For the Seventh Circuit
219 S. Dearborn Street, Suite 2722
Chicago, Illinois 60604

TC

Clerk of the Court                                                                 (312)435-5850


**To:**   **District Court Clerk's Office**

**Re:**   **Notice of Docketing**


The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| | |
|---|---|
| Filed on: | 3/18/08 |
| Appellate Court No.: | 08-1645 |
| Short Caption: | Central States Southeast et al. v. Active Transportation |
| District Court Judge: | Judge Darrah |
| District Court No.: | 08 C 228 |

If you have any questions regarding this appeal, please call this office.


**cc:**   **M. Hacker**