

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

312-435-5670

April 7, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: Central States, Southeast and Southwest, vs. Active Transportation...

U.S.D.C. DOCKET NO. : 08cv228

U.S.C.A. DOCKET NO. : 08-1645

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)        **One Vol. Of Pleadings**

VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:_____
    A. Rone, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

**One Vol. Of Pleadings**

In the cause entitled: Central States, Southeast and Southwest vs. Active Transportation .

USDC NO.   : 08cv228

USCA NO.   : 08-1645

        IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 7th day of April, 2008.

        MICHAEL W. DOBBINS, CLERK

        By: _____
            A. Rone, Deputy Clerk

APPEAL, BROWN

# United States District Court
## Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:08-cv-00228
*Internal Use Only*

| | |
|---|---|
| Central States, Southeast and Southwest Areas Pension Fund et al v. Active Transportation Company, LLC<br>Assigned to: Honorable John W. Darrah<br>Case in other court: 08-01645<br>Cause: 29:1145 E.R.I.S.A. | Date Filed: 01/10/2008<br>Jury Demand: None<br>Nature of Suit: 791 Labor: E.R.I.S.A.<br>Jurisdiction: Federal Question |

**Plaintiff**

**Central States, Southeast and Southwest Areas Pension Fund**  represented by  **Rebecca Kate McMahon**
Central States Law Department
9377 W. Higgins Rd.
Rosemont, IL 60018-4938
(847) 518-9800 ext 3441
Email: rmcmahon@centralstatesfunds.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Albert M. Madden**
Central States Law Department
9377 W. Higgins Road
Rosemont, IL 60018-4938
(847) 518-9800, Ext. 3478
Email: amadden@centralstatesfunds.org
*ATTORNEY TO BE NOTICED*

**Anthony E. Napoli**
Central States Law Department
9377 W. Higgins Road
Rosemont, IL 60018-4938
(847) 518-9800, Ext. 3702
Email: tnapoli@centralstatesfunds.org
*ATTORNEY TO BE NOTICED*

**Timothy Craig Reuter**
Central States Law Department
9377 W. Higgins Road
Rosemont, IL 60018-4938
(847) 518-9800, Ext. 3481
Email: treuter@centralstatesfunds.org
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Howard McDougall**  represented by  **Rebecca Kate McMahon**
*trustee*  (See above for address)

|  |  |  |
|---|---|---|
|  |  | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Albert M. Madden**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Anthony E. Napoli**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy Craig Reuter**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff**<br><br>**Central States, Southeast and Southwest Areas Health and Welfare Fund** | represented by | **Rebecca Kate McMahon**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Albert M. Madden**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Anthony E. Napoli**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy Craig Reuter**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Active Transportation Company, LLC**<br>*a Kentucy limited liability corporation* | represented by | **Mark A. Casciari**<br>Seyfarth Shaw LLP<br>131 South Dearborn Street<br>Suite 2400<br>Chicago, IL 60603-5577<br>(312) 460-5000<br>Fax: (312) 460-7000<br>Email: mcasciari@seyfarth.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Meagan Christene Legear**<br>Seyfarth Shaw LLP<br>131 South Dearborn Street<br>Suite 2400 |

Chicago, IL 60603-5577
(312) 460-5000
Fax: (312) 460-7000
Email: mlegear@seyfarth.com
*ATTORNEY TO BE NOTICED*

**Ronald J. Kramer**
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603-5577
(312) 460-5000
Fax: (312) 460-7000
Email: rkramer@seyfarth.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/10/2008 | 1 | COMPLAINT filed by Central States, Southeast and Southwest Areas Health and Welfare Fund, Central States, Southeast and Southwest Areas Pension Fund, Howard McDougall; Filing fee $ 350. (gmr, ) (Entered: 01/11/2008) |
| 01/10/2008 | 2 | CIVIL Cover Sheet. (gmr, ) (Entered: 01/11/2008) |
| 01/10/2008 | 3 | ATTORNEY Appearance for Plaintiffs Central States, Southeast and Southwest Areas Health and Welfare Fund, Central States, Southeast and Southwest Areas Pension Fund, Howard McDougall by Rebecca Kate McMahon. (gmr, ) (Entered: 01/11/2008) |
| 01/10/2008 | 4 | ATTORNEY Appearance for Plaintiffs Central States, Southeast and Southwest Areas Health and Welfare Fund, Central States, Southeast and Southwest Areas Pension Fund, Howard McDougall by Albert M. Madden. (gmr, ) (Entered: 01/11/2008) |
| 01/10/2008 | 5 | ATTORNEY Appearance for Plaintiffs Central States, Southeast and Southwest Areas Health and Welfare Fund, Central States, Southeast and Southwest Areas Pension Fund, Howard McDougall by Anthony E. Napoli. (gmr, ) (Entered: 01/11/2008) |
| 01/10/2008 | 6 | ATTORNEY Appearance for Plaintiffs Central States, Southeast and Southwest Areas Health and Welfare Fund, Central States, Southeast and Southwest Areas Pension Fund, Howard McDougall by Timothy Craig Reuter. (gmr, ) (Entered: 01/11/2008) |
| 01/10/2008 | 7 | (Court only) RECEIPT regarding payment of filing fee paid on 1/10/2008 in the amount of $350.00, receipt number 2453387. (gmr, ) (Entered: 01/11/2008) |
| 01/10/2008 | 8 | SUMMONS Issued as to Defendant Active Transportation Company, LLC. (gmr, ) (Entered: 01/11/2008) |
| 01/14/2008 | 9 | MOTION by Plaintiffs Central States, Southeast and Southwest Areas Health and Welfare Fund, Central States, Southeast and Southwest Areas Pension Fund, Howard McDougall for preliminary injunction (Attachments: #1 Memorandum# 2 Exhibit A# 3 Exhibit 1# 4 Exhibit 2# 5 Exhibit B# 6 Exhibit C# 7 Exhibit D# 8 |

| | | |
|---|---|---|
| | | Exhibit E#_9 Exhibit F#_10 Exhibit G#_11 Exhibit H#_12 Exhibit I)(McMahon, Rebecca) (Entered: 01/14/2008) |
| 01/14/2008 | 10 | NOTICE of Motion by Rebecca Kate McMahon for presentment of motion for preliminary injunction,_9 before Honorable John W. Darrah on 1/15/2008 at 10:00 AM. (McMahon, Rebecca) (Entered: 01/14/2008) |
| 01/15/2008 | 11 | ATTORNEY Appearance for Defendant Active Transportation Company, LLC by Ronald J. Kramer (Kramer, Ronald) (Entered: 01/15/2008) |
| 01/15/2008 | 12 | ATTORNEY Appearance for Defendant Active Transportation Company, LLC by Mark A. Casciari (Casciari, Mark) (Entered: 01/15/2008) |
| 01/16/2008 | 13 | MINUTE entry before Judge John W. Darrah :Plaintiff's motion for a preliminary injunction_9 is entered and briefed as follows: response by 1/28/08, reply by 2/4/08. Status hearing set for 2/20/08 at 9:30 a.m. Mailed notice(maf, ) (Entered: 01/16/2008) |
| 01/28/2008 | 14 | SUMMONS Returned Executed by Central States, Southeast and Southwest Areas Health and Welfare Fund, Central States, Southeast and Southwest Areas Pension Fund, Howard McDougall as to Active Transportation Company, LLC on 1/11/2008, answer due 1/31/2008. (McMahon, Rebecca) (Entered: 01/28/2008) |
| 01/28/2008 | 15 | MEMORANDUM by Active Transportation Company, LLC in Opposition to motion for preliminary injunction,_9 (Attachments: #_1 Exhibit A#_2 Exhibit B#_3 Exhibit C#_4 Exhibit D)(Casciari, Mark) (Entered: 01/28/2008) |
| 01/31/2008 | 16 | ATTORNEY Appearance for Defendant Active Transportation Company, LLC by Meagan Christene Legear (Legear, Meagan) (Entered: 01/31/2008) |
| 01/31/2008 | 17 | MOTION by Defendant Active Transportation Company, LLC for extension of time *to answer or otherwise respond* (Legear, Meagan) (Entered: 01/31/2008) |
| 01/31/2008 | 18 | NOTICE of Motion by Meagan Christene Legear for presentment of extension of time_17 before Honorable John W. Darrah on 2/7/2008 at 09:00 AM. (Legear, Meagan) (Entered: 01/31/2008) |
| 02/04/2008 | 19 | REPLY by Central States, Southeast and Southwest Areas Health and Welfare Fund, Central States, Southeast and Southwest Areas Pension Fund, Howard McDougall to MOTION by Plaintiffs Central States, Southeast and Southwest Areas Health and Welfare Fund, Central States, Southeast and Southwest Areas Pension Fund, Howard McDougall for preliminary injunction_9 (Madden, Albert) (Entered: 02/04/2008) |
| 02/06/2008 | 20 | MINUTE entry before Judge John W. Darrah :Defendant's motion for an extension of time to answer or otherwise respond [17, 18] is granted. Defendant has until 2/28/08 to answer or otherwise respond. Mailed notice (gmr, ) (Entered: 02/07/2008) |
| 02/20/2008 | 21 | MINUTE entry before Judge John W. Darrah ; Status hearing held and continued to 4/24/08 at 9:00 a.m. Mailed notice(maf, ) (Entered: 02/20/2008) |
| 02/20/2008 | 22 | MINUTE entry before Judge John W. Darrah :Plaintiffs' motion for preliminary injunction_9 is granted.Mailed notice (ef, ) (Entered: 02/22/2008) |

| 02/28/2008 | (23) | *Defendant's* ANSWER to Complaint by Active Transportation Company, LLC(Legear, Meagan) (Entered: 02/28/2008) |
| --- | --- | --- |
| 03/17/2008 | (24) | NOTICE of appeal by Active Transportation Company, LLC regarding orders 22 Filing fee $ 455, receipt number 07520000000002620238. (Casciari, Mark) (Entered: 03/17/2008) |
| 03/18/2008 | 25 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 24 . Notified counsel (air, ) (Entered: 03/18/2008) |
| 03/18/2008 | 26 | NOTICE of Appeal Due letter sent to counsel of record. (air, ) (Entered: 03/18/2008) |
| 03/18/2008 | 27 | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 24 ; USCA Case No. 08-1645 (cdy, ) (Entered: 03/19/2008) |
| 03/21/2008 | 28 | SEVENTH CIRCUIT transcript information sheet by Active Transportation Company, LLC (rbf, ) (Poor Quality Original – Paper Document On File) Modified on 3/27/2008 (rbf, ). (Entered: 03/27/2008) |

Key:
All circled items are included in this record
All / items are not included in the record
S/C: Items are sent under a separate certificate
N/A : Items are not available