



# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK



312-435-5670

April 7, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: Central States, Southeast and Southwest, vs. Active Transportation...

U.S.D.C. DOCKET NO. : 08cv228

U.S.C.A. DOCKET NO. : 08-1645

Dear Mr. Agnello:

U.S.C.A. – 7th Circuit
R E C E I V E D
APR 07 2008 DP
GINO J. AGNELLO
CLERK

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)       **One Vol. Of Pleadings**

VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:_____
A. Rone, Deputy Clerk