**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division**

| | |
|---|---|
| Central States, Southeast and Southwest Areas Pension Fund, et al.<br><br>                                                        Plaintiff,<br><br>v.<br><br><br><br>Active Transportation Company, LLC<br><br>                                                        Defendant. | Case No.: 1:08−cv−00228<br>Honorable John W. Darrah |

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

    MINUTE entry before the Honorable John W. Darrah: Status hearing held and continued to 10/28/08 at 9:00 a.m. for scheduling for trial. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.